# EXHIBIT A

2017L000392

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
****** Electronically Filed ******

Trans. ID : 17197100521
Case No. : 17L392
FILEDATE : 05/09/2017
Clerk : JCHK
File Time : 10:13AM

IN THE CIRCUIT COURT TWELFTH JUDICIAL CIRC
WILL COUNTY, ILLINOIS

PETER SINNICK, Independent Administrator )
of the Estate of JASON D. SINNICK, Deceased, )
                                              )
                    Plaintiff,                )
                                              )    17L392
v.                                            )    No.
                                              )    **Plaintiff demands trial by jury.**
                                              )
MICHAEL D. CLEMENTS, and                      )
SFD TRUCKING LLC.                             )
                                              )
                    Defendants.               )

## COUNT I

## WRONGFUL DEATH – SFD TRUCKING LLC/MICHAEL D. CLEMENTS

Plaintiff PETER SINNICK, Independent Administrator of the Estate of JASON D. SINNICK, deceased, through his attorneys, CLIFFORD LAW OFFICES, P.C., complaining of Defendants SFD TRUCKING, LLC and MICHAEL D. CLEMENTS, states as follows:

1. On and before August 11, 2016, Defendant SFD TRUCKING LLC was a federal motor carrier doing business in and around Peotone Township, County of Will, State of Illinois.

2. On and before August 11, 2016, Defendant SFD TRUCKING LLC owned, possessed, operated, managed, maintained and controlled both directly and indirectly, individually and through its agent, servant and employee, a certain 2015 Peterbilt Motors Conventional 386.

3. On and before August 11, 2016, Defendant MICHAEL D. CLEMENTS was a duly authorized agent, servant and/or employee of Defendant SFD TRUCKING LLC.

4. On August 11, 2016, the certain 2015 Peterbilt Motors Conventional 386 owned, possessed, operated, managed, maintained and controlled by Defendant, SFD TRUCKING LLC,

**Initial case management set for**
08/28/2017 **at:** 9:00AM **a.m.**
Transaction ID : 17197100521

1

Case: 1:17-cv-04132 Document #: 1-1 Filed: 05/31/17 Page 3 of 7 PageID #:6
2017L000392

was being driven by its duly authorized agent and/or employee, Defendant MICHAEL D. CLEMENTS.

5. On August 11, 2016, Plaintiff JASON D. SINNICK owned, possessed, operated, managed, maintained and controlled a 1997 Buick Le Sabre Custom.

6. On and before August 11, 2016, County Line Road was a public road running in a general east and west direction at or near its intersection with S. Will Center Road in Peotone Township, County of Will and State of Illinois.

7. On and before August 11, 2016, S. Will Center Road was a public road running in a general north and south direction at or near its intersection with County Line Road in Peotone Township, County of Will and State of Illinois.

8. On August 11, 2016, at approximately 6:23 a.m., the 2015 Peterbilt Motors Conventional 386 owned, possessed, operated, managed, maintained and controlled by Defendant, SFD TRUCKING LLC, by and through its agent, Defendant MICHAEL D. CLEMENTS, was traveling westbound on County Line Road at or about its intersection with S. Will Center Road.

9. On August 11, 2016, at approximately 6:23 a.m., the 1997 Buick Le Sabre Custom owned, possessed, operated, managed, maintained and controlled by Plaintiff JASON D. SINNICK was traveling southbound on S. Will Center Road at or about its intersection with County Line Road.

10. On August 11, 2016, at approximately 6:23 a.m., the aforementioned 2015 Peterbilt Motors Conventional 386 collided with the aforementioned 1997 Buick Le Sabre Custom in the intersection of S. Will Center Road and County Line Road.

11. On August 11, 2016, Defendants SFD TRUCKING LLC and MICHAEL D. CLEMENTS owed a duty of care to Plaintiff JASON D. SINNICK, to exercise reasonable care in owning, operating, managing, controlling and driving the 2015 Peterbilt Motors Conventional 386.

12. At the time and place aforesaid, Defendants SFD TRUCKING LLC and MICHAEL D. CLEMENTS were negligent in one or more of the following respects:

    a. Operated its motor vehicle without keeping a proper and sufficient lookout;

    b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601;

    c. Failed to equip said vehicle with adequate brakes, in violation of 625 ILCS 5/11-1003.1;

    d. Operated said vehicle in violation of Federal Motor Carrier Safety Regulation 392.14 by failing to operate said vehicle with "extreme caution" during the present hazardous driving conditions, i.e., fog;

    e. Failed to reduce speed when hazardous conditions were present;

    f. Failed to discontinue the use of the said vehicle until it could be safely operated;

    g. Operated a commercial motor vehicle when ineligible to do so, in violation of Federal Motor Carrier Safety Regulations;

13. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions of Defendants SFD TRUCKING LLC and MICHAEL D. CLEMENTS, Plaintiff's decedent, JASON D. SINNICK, sustained injuries that resulted in his death on August 11, 2016.

14. Plaintiff's decedent, JASON D. SINNICK, was survived by his parents, PETER SINNICK and BRIGITTE SINNICK, and his brother Peter Thomas Sinnick who have and will suffer damages of a personal and pecuniary nature, including the loss of society and companionship of JASON D. SINNICK and grief, sorrow, and mental anguish.

15. PETER SINNICK is the duly appointed Independent Administrator of the Estate of JASON D. SINNICK, deceased, and is entitled to bring this cause of action.

WHEREFORE, Plaintiff PETER SINNICK, Independent Administrator of the Estate of JASON D. SINNICK, deceased, prays that judgment be entered against Defendants SFD TRUCKING LLC and MICHAEL D. CLEMENTS, for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT II
### SURVIVAL ACTION – SFD TRUCKING LLC/MICHAEL D. CLEMENTS

Plaintiff PETER SINNICK, Independent Administrator of the Estate of JASON D. SINNICK, deceased, by and through his, CLIFFORD LAW OFFICES, P.C., and complaining of Defendant, SFD TRUCKING LLC, and in support thereof, states as follows:

1. On and before August 11, 2016, Defendant SFD TRUCKING LLC was a federal motor carrier doing business in and around Peotone Township, County of Will, State of Illinois.

2. On and before August 11, 2016, Defendant SFD TRUCKING LLC owned, possessed, operated, managed, maintained and controlled both directly and indirectly, individually and through its agent, servant and employee, a certain 2015 Peterbilt Motors Conventional 386.

3. On and before August 11, 2016, Defendant MICHAEL D. CLEMENTS was a duly authorized agent, servant and/or employee of Defendant SFD TRUCKING LLC.

4. On August 11, 2016, the certain 2015 Peterbilt Motors Conventional 386 owned, possessed, operated, managed, maintained and controlled by Defendant, SFD TRUCKING LLC, was being driven by its duly authorized agent and/or employee, Defendant MICHAEL D. CLEMENTS.

5. On August 11, 2016, Plaintiff JASON D. SINNICK owned, possessed, operated, managed, maintained and controlled a 1997 Buick Le Sabre Custom.

4

6. On and before August 11, 2016, County Line Road was a public road running in a general east and west direction at or near its intersection with S. Will Center Road in Peotone Township, County of Will and State of Illinois.

7. On and before August 11, 2016, S. Will Center Road was a public road running in a general north and south direction at or near its intersection with County Line Road in Peotone Township, County of Will and State of Illinois.

8. On August 11, 2016, at approximately 6:23 a.m., the 2015 Peterbilt Motors Conventional 386 owned, possessed, operated, managed, maintained and controlled by Defendant, SFD TRUCKING LLC, by and through its agent, Defendant MICHAEL D. CLEMENTS, was traveling westbound on County Line Road at or about its intersection with S. Will Center Road.

9. On August 11, 2016, at approximately 6:23 a.m., the 1997 Buick Le Sabre Custom owned, possessed, operated, managed, maintained and controlled by Plaintiff JASON D. SINNICK was traveling southbound on S. Will Center Road at or about its intersection with County Line Road.

10. On August 11, 2016, at approximately 6:23 a.m., the aforementioned 2015 Peterbilt Motors Conventional 386 collided with the aforementioned 1997 Buick Le Sabre Custom in the intersection of S. Will Center Road and County Line Road.

11. On August 11, 2016, Defendants SFD TRUCKING LLC and MICHAEL D. CLEMENTS owed a duty of care to Plaintiff JASON D. SINNICK, to exercise reasonable care in owning, operating, managing, controlling and driving the 2015 Peterbilt Motors Conventional 386.

12. At the time and place aforesaid, Defendants SFD TRUCKING LLC and MICHAEL D. CLEMENTS were negligent in one or more of the following respects:

    a. Operated its motor vehicle without keeping a proper and sufficient lookout;

  b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601;

  c. Failed to equip said vehicle with adequate brakes, in violation of 625 ILCS 5/11-1003.1;

  d. Operated said vehicle in violation of Federal Motor Carrier Safety Regulation 392.14 by failing to operate said vehicle with "extreme caution" during the present hazardous driving conditions, i.e., fog;

  e. Failed to reduce speed when hazardous conditions were present;

  f. Failed to discontinue the use of the said vehicle until it could be safely operated;

  g. Operated a commercial motor vehicle when ineligible to do so, in violation of Federal Motor Carrier Safety Regulations;

13. As a direct and proximate result of the aforesaid negligent acts and/or omissions by Defendants, Plaintiff's decedent sustained injuries of a personal and pecuniary nature, including but not limited to, conscious pain and suffering prior to his death, and had he survived he would have been entitled to bring an action for those injuries he suffered and this action has survived him pursuant to 755 ILCS 5/27-6, commonly known as the Survival Act.

14. PETER SINNICK is the duly appointed Independent Administrator of the Estate of JASON D. SINNICK, deceased, and is entitled to bring this cause of action.

                 _____
                   Attorney for Plaintiff

Colin H. Dunn
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
(312) 899-9090
Attorney No. 32640
CHD@Cliffordlaw.com